2009-13258
FILED
April 14, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001772214

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re )
Contract Interiors of San Diego, Inc. )
)
) Case No.
)
)
Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ] typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[X] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of 187 creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 4/14/09                               _____
                                              Debtor's Signature

EDC 2-100 (Rev. 10/2007)

Contract Interiors of San Diego, Inc.

ACE PARKING MANAGEMENT   (CI)
4225 EXECUTIVE SQUARE   #400
La Jolla, CA 92037

AHERN RENTALS   (SAN DIEGO)
ACCOUNTS RECEIVABLE
Las Vegas, NV 89103-3713

Alfred A. Gallegos
Overstreet & Associates
1530 E. Shaw Ave., Ste. 102
Fresno, CA 93710

ALLIED WASTE SERVICES #509   (SAN DIEGO)
P.O. BOX 78829
Phoenix, AZ 85062-8829

AMERICAN HOTEL REGISTER CO.   (CI)
100 SOUTH MILWAUKEE AVE.
Vernon Hills, IL 60061-4035

ARC COM FABRICS   (CI)
33 RAMLAND SOUTH
Orangeburg, NY 10962-2689

ARCHITEX   (CI)
3333 COMMERCIAL AVE.
Northbrook, IL 60062

ARTCO BELL   (SD)
1302 INDUSTRIAL BLVD.
Temple, TX 76504

AT & T   (SAN DIEGO)
PAYMENT CENTER
Sacramento, CA 95887-0001

BAINBRIDGE, INC.   (SD)
4275 EXECUTIVE SQUARE, SUITE 850
Lo Jolla, CA 92037-9147

BAYSIDE INTERIORS, INC.   (SD)
3220 DARBY COMMON
Fremont, CA 94539

Becket and Lee, LLC
Attorneys at Law
16 General Warren Blvd.
PO Box 3001
Malvern, PA 19355

BERNHARDT   (SD)
1839 MORGANTON BLVD.
Lenoir, NC 28645

BOYER MOVING & STORAGE   (SD)
13691 DANIELSON STREET, SUITE D
Poway, CA 92064-6893

Bridge Housing
9191 Towne Center Drive, Ste. 1101
San Diego, CA 92122

BROOK FURNITURE RENTAL   (SAN DIEGO)
8288 MIRAMAR ROAD
San Diego, CA 92126

Bryan C. Becker
Attorney At Law
501 W. Broadway
Suite 800
San Diego, CA 92101

BUSINESS INTERIOR TECHNOLOGY   (SD)
2303 39TH STREET
San Diego, CA 92105

C&M MOTORS    (SD)
904 ROOSEVELT AVE.
National City, CA 91950

Cal Western School of Law
225 Cedar Street
San Diego, CA 92101

California Attorney General
P.O. Box 944255
Sacramento, CA 94255

California Business Furnishings, Inc.
dba Contract Interiors Fresno

California Furniture Installations
2707 Hoover Ave., #J & #K
National City, CA 91950

CALIFORNIA OVERNIGHT (SAN DIEGO)
DEPARTMENT #1664
Los Angeles, CA 90084-1664

California State Board of Equalization
P.O. Box 942879 MIC: 29
Sacramento, CA 94279-0001

COASTAL TAX & FINANCIAL   (SD)
4502 CASS ST.  SUITE 205
San Diego, CA 92109

COMMERCIAL INTERIOR SOLUTIONS   (SD)
2281 COMMON WEALTH AVE.
San Diego, CA 92104

CONSOLIDATED STORAGE COMPANIES INC.  (CI
C/O WELLS FARGO BUSINESS CREDIT
Dallas, TX 75320-2056

Contract Office Group
931 Cadillac Court
Milpitas, CA 95035

CONTRACT OFFICE GROUP, INC.  (SD)
931 CADILLAC COURT
Milpitas, CA 95035

COORDINATED DELIVERY & INSTALLATION (CI)
12632-C MONARCH STREET
Garden Grove, CA 92841

COSTAR REALTY INFORMATION, INC.  (CI)
P.O. 791123
Baltimore, MD 21279-1123

CRAFTSMAN OFFICE FURNITURE  (CI)
14113 S. MCKINLEY AVE.
Los Angeles, CA 90059

CRAMER, INC.  (SD)
P.O. BOX 214943
Kansas City, MO 64121-4943

Credit Clearing House
925 Westchester Ave., Ste. 101
West Harrison, NY 10604

Cricket Communications
10307 Pacific Center Court
San Diego, CA 92121

CYPRESS INSTALLATION  (CI)
3345 CHICAGO AVE.
Riverside, CA 92507

David Cardone, Esq.
Butz, Dunn & DeSantis
101 West Broadway, Ste. 1700
San Diego, CA 92101

DE LAGE LANDEN FINANCIAL SER. (CI)
REF NO. 000000000387637
Philadelphia, PA 19101-1601

Dietta Ann Giese
1075 Pine Drive
El Cajon, CA 92020

DMI FURNITURE INC.  (CI)
P.O. BOX 663884
Indianapolis, IN 46266-3884

Doug Davidian
4585 N. Van Ness
Fresno, CA 93704

Doug Davidian

Dowling Aaron & Keeler, Inc.
Paul J. Bauer
8080 N. Palm, Third Floor
Fresno, CA 93711

Duke Escobosa
12181 Via Antiqua
El Cajon, CA 92019

Employment Development Department
Bankruptcy/Special Procedures Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001

ENVIRONMENTS AT WORK  (SD)
300 A. STREET, 1ST FLOOR
Boston, MA 02210

ENVIRONMENTS BY DESIGN, INC.  (SAN DIEGO
6755 MIRA MESA BLVD.
San Diego, CA 92121

Equity Management, Inc.
4385 Executive Drive, Ste. 1000
San Diego, CA 92121

ERGONOMIC COMFORT DESIGN, INC.  (CI)
P.O. BOX 79018
Corona, CA 92877-0167

ERGONOMIC SOLUTIONS  (SD)
250 S. MULBERRY  #105
Mesa, AZ 85202

FEDEX  (SAN DIEGO)
P.O. BOX 7221
Pasadena, CA 91109-7321

FINISH GUY  (CI)
14335 JOLLEY LANE
Poway, CA 92064

FIREHAWK  (CI)
P.O. BOX 910489
San Diego, CA 92191

FLORIDA BUSINESS INTERIORS  (SD)
940 WILLISTON PARK POINT
Lake Mary, FL 32746

Franchise Tax Board
Bankruptcy Unit - G11
P.O. Box 2952
Sacramento, CA 95812-2952

Frank DeSantis
298 Third Ave.
Chula Vista, CA 91910

FULMARQUE (SAN DIEGO)
1815 BLYTHE AVE.
Cleveland, TN 37323

FURNITURE MARKETING GROUP (CI)
7110 OLD KATY ROAD, SUITE 150
Houston, TX 77024

GLASS DOCTOR (CI)
9171 CHESAPEAKE DR.
San Diego, CA 92123

GLOBAL INDUSTRIES (SAN DIEGO)
44091 NOBEL DRIVE
Fremont, CA 94538

Great Openings
902 E. Fourth Street
Ludington, MI 49431

Gregg Cleiner
Cooley Godward Kronish, LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

GRESSCO LTD. (SD)
P.O. BOX 339
Waunakee, WI 53597-0339

Haworth Financial Services, Inc.
One Haworth Center
Holland, MI 49423

HD Supply Facilities Maintenance
PO Box 4945
Orlando, FL 32802-4945

Hickory Business Furnishings
P.O. BOX 281970
Atlanta, GA 30384-1970

HILTI INC. (SAN DIEGO)
P.O. BOX 382002
Pittsburgh, PA 15250-8002

HOME DEPOT CREDIT SERVICES   (CI)
P.O. BOX 6031
DEPT 32-2535657898
The Lakes, NV 88901-6031

HON FULFILLMENT CENTER   (SD)
14998 CLEVELAND STREET   SUITE E
Spring Lake, MI 49456

HON INDUSTRIES   (SAN DIEGO)
ACCOUNT # 011836-003
Atlanta, GA 30384-4422

Honeywell Aerospace De Mexico
S.A. De C.V.
PO Box 981195
El Paso, TX 79998-1195

HOWARD'S RUG CO.   (SD)
6110 NANCY RIDGE DRIVE
San Diego, CA 92121

HTH Learning
2861 Womble Road
San Diego, CA 92106

HUMANSCALE CORPORATION (SAN DIEGO)
10 INVERNESS DR. E-STE 100
Englewood, CO 80112

INSCAPE   (SAN DIEGO)
67 TOLL ROAD
HOLLAND LANDING
ONTARIO, CA   L9N   1H2
Ontario, CA

INSTALLATION SPECIALIST   INC.  (SAN DIEG
800 MORSE AVE.
Elk Grove, CA 60007

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

INTERNATIONAL PRINTING SOLUTIONS   (SD)
8949 COMPLEX DRIVE
San Diego, CA 92123

J.C. WHITE OFFICE FURNITURE   (CI)
3501 COMMERCE PARKWAY
Mirimar, FL 33025

Jack in the Box
89330 Balboa Ave.
San Diego, CA 92123-1518

James S. Lowe, III
Executive Edge, LLC
PO Box 97
Laton, CA 93242

JASPER SEATING CO. INC.  (SD)
P.O. BOX 231
Jasper, IN 47547

John Burnham Insurance Service
PO Box 129077
San Diego, CA 92112-9077

JOHN LAURENCE FURNITURE  (SD)
7711 AMIGOS AVE., STE A
Downey, CA 90242

KEILHAUER  (CI)
1450 BIRCHMOUNT RD.
SCARBOROUGH, ONTARIO MIP2E3

KOTCHER COMMUNICATIONS (SAN DIEGO)
17836 HIGHWAY 67
Ramona, CA 92065

KRUG  (SD)
421 MANITOU DRIVE
KITCHENER, ONTARIO CANADA
N2C 1L5

L. Scott Keehn
Keehn & Associates, APC
402 W. Broadway, Ste. 1210
San Diego, CA 92101

L.E.I. MEDICAL GROUP  (CI)
9620 CHESAPEAKE DR., SUITE 104
San Diego, CA 92123

LABOR READY SOUTHWEST, INC  (SAN DIEGO)
P.O. BOX 31001-0257
Pasadena, CA 91110-0257

LANDSCAPE FORMS  (SD)
431 LAWNDALE AVE.
Kalamazoo, MI 49048-9543

LAS VEGAS MATERIAL HANDLING  (NV)
4375 W. RENO STREET    STE#6
Las Vegas, NV 89118

Leucadia Capital Partners
8190 University Center Lan #815
San Diego, CA 92131

Liberty Station
c/o Walters Management
9665 Chesapeake Dr., Ste. 300
San Diego, CA 92123

LOU CASPARY (CI)
11727 BIRCH GLEN COURT
San Diego, CA 92131

MAGNA DESIGN (CI)
P.O. BOX 1354
Lynnwood, WA 98046

MAHARAM (SAN DIEGO)
P.O. BOX 5937
Hauppauge, NY 11788-0183

Medimpact
10680 Treena Street
San Diego, CA 92131

MEDIMPACT (SD)
ATTN: NANCY LOLLIS
San Diego, CA 92131

Mendeola Transaxles
1096 Cactus Road
San Diego, CA 92154

MISSION JANITORIAL SUPPLIES (CI)
MISSION ABRASIVE SUPPLIES
San Diego, CA 92126-4425

Moffat & Nichol
1660 Hotel Circle, Ste. 500
San Diego, CA 92108

MOTIVATIONAL SYSTEMS INC. (SD)
2200 CLEVELAND AVE.
National City, CA 91950-6412

Murtaugh Meyer Nelson & Treglia LLP
2603 Main Street, 9th Floor
Irvine, CA 92614-6232

MY OFFICE (CI)
9855 DISTRIBUTION AVE STE F
San Diego, CA 92121

NATIONAL OFFICE FURNITURE (CI)
1600 ROYAL STREET
Jasper, IN 47549

NEMSCHOFF (SD)
P.O. BOX 129
Sheboygan, WI 53082-0129

NETSHOPS, INC./ROCKING CHAIRS   (SD)
12720 I STREET,  SUITE 200
Omaha, NE 68137

NEW HAVEN MOVING EQUIPMENT   (CI)
NHME-LOS ANGELES
Los Angeles, CA 90021-0817

NIENKAMPER  (SAN DIEGO)
257 FINCHDENE SQUARE  UNIT #6
SCABOROUGH, CANADA
ONTARIO   M1X1B9

North American Production
910 Camino Del Mar, Ste. F
Del Mar, CA 92014

North Island Credit Union
PO Box 85833
San Diego, CA 92106

Northrop Grumman
9326 Spectrum Center Blvd.
San Diego, CA 92123

OCE IMAGISTICS INC.   (CI)
P.O. BOX 856193
Louisville, KY 40285-6193

OFFICE DEPOT   (SD)
P.O. BOX 70025
Los Angeles, CA 90074-0025

OFFICE SYSTEMS INSTALLATIONS   (CI)
2240 MAIN STREET  #23
Chula Vista, CA 91911

PACIFIC COAST CONTRACT LIGHTING   (SD)
20238 PLUMMER ST.
Chatsworth, CA 91311

PATRICIAN FURNITURE COMPANY   (SD)
1107 W. MARKET CENTER DRIVE
High Point, NC 27261

Paula Christiansen
12708 Casa Avenida
Poway, CA 92064

Paulus Enterprises LLC
6060 Business Center Court
San Diego, CA 92154

PAULUS ENTERPRISES LLC   (CI)
6060 BUSINESS CENTER COURT
San Diego, CA 92154

PBCC    (CI)    GLOBAL FINANCIAL SERVICES
P.O. BOX 856460
Louisville, KY 40285-6460

Perkins & Will
7856 Fay Ave. #310
La Jolla, CA 92037

PICCADILLY INN    (CI)
2305 W. SHAW AVE
Fresno, CA 93711

PITNEY BOWES (CI)
P.O. BOX 856390
Louisville, KY 40285-6390

PITNEY BOWES (CI)
P.O. BOX 856042
Louisville, KY 40285-6042

POPULAR LEASING USA INC.   (SD)
LOCKBOX #771922
1922 SOLUTIONS CENTER
Chicago, IL 60677-1009

PUREFLO  (SAN DIEGO)
7737 MISSION GORGE RD.
Santee, CA 92071-3306

Randall & Richards
Mark Sadler, Esq.
5151 E. Broadway Blvd., Ste. 800
Tucson, AZ 85711

RAYNOR MARKETING, LTD  (SAN DIEGO)
525 HEMPSTEAD TURNPIKE
West Hempstead, NY 11552-1155

RECONDITIONED SYSTEMS, INC. (CI)
2636 SOUTH WILSON STREET
Temple, AZ 85282

REDHILL REALITY ADVISORS, LLC   (SD)
HIGHLANDS CORP.  CTR, STE 160
12760 HIGH BLUFF DRIVE
San Diego, CA 92130

REGENTS SQUARE LA JOLLA LLC    (SD)
DEPARTMENT #8011
Los Angeles, CA 90084-8011

RENO CONTRACTING, INC.   (SD)
1450 FRAZEE RD.  #100
San Diego, CA 92108

RICHARDS WILCOX   (SD)
35242 EAGLE WAY
Chicago, IL 60678-1352

RICHELIEU DETROIT   (SD)
7021 STERLING PONDS BLVD.
Serling Heights, MI 48312-5809

Robyn Davidian
4720 N. Arcade
Fresno, CA 93704

Robyn Davidian

ROCK CHURCH   (CI)
2277 ROSECRANS ST
San Diego, CA 92106

SAIC   (SD)
10260 CAMPUS POINT DR LOC 461, MS E-2
San Diego, CA 92121

Salk Institute
PO Box 85800
San Diego, CA 92105

San Diego District Attorney's Office
330 W. Broadway, Ste. 1300
San Diego, CA 92101

SAN DIEGO GAS & ELECTRIC   (CI)
P.O. BOX 25111
Santa Ana, CA 92799-5111

SAN DIEGO PALLETS, INC.   (SD)
1031 BAY BLVD.  SUITE A
Chula Vista, CA 91911

SAN DIEGO STATE UNIVERSITY   (SD)
ATTN: ACCOUNTS PAYABLE
5500 CAMPANILE DR.
MAIL CODE 1611 AD116
San Diego, CA 92182-1611

San Diego Superior Court
330 West Broadway
San Diego, CA 92101

SHER-DEL TRANSFER   (CI)
247 METROPOLITAN AVE.
Brooklyn, NY 11211

SIERRA SPRINGS (SAN DIEGO)
6922 MAURY DR.
San Diego, CA 92119

```
SIT ON IT SEATING   (SAN DIEGO)
EXEMPLIS CORPORATION
Chicago, IL 60680-9036

Solarcity Corporation
393 Vinage Park Drive #140
San Mateo, CA 94404

SOURCE INTERNATIONAL (CI)
545 HARTFORD TURNPIKE
Shrewsbury, MA 01545

SPACECO BUSINESS SOLUTIONS, INC. (SAN DI
13100 EAST ALBROOK DRIVE  SUITE 100
Denver, CO 80239

SPEC FURNITURE   (SD)
165 CITY VIEW DRIVE
TORONTO, ONTARIO  M9W 5B1
CANADA

SPECIAL MADE GOODS & SERVICES, INC.   (CI
141 MARCEL DRIVE
Winchester, VA 22602-4844

Sunroad Enterprises
4445 East Gate Mall, Ste. 400
San Diego, CA 92121

SURFACE WORKS   (SD)
7821 S. 10TH STREET
Oakcreek, WI 53154

SWEETWATER AUTHORITY   (SD)
P.O. BOX 2328
Chula Vista, CA 91912-2328

TEK WORKS, INC.   (SD)
13000 GREGG STREET
Poway, CA 92064

TELDATA   (CI)
9085 AERO DRIVE
San Diego, CA 92123

TELEPACIFIC COMMUNICATIONS   (SAN DIEGO)
P.O. BOX 526015
Sacramento, CA 95852-6015

THE HARTER GROUP (CI)
11451 HARTER DRIVE
Middlebury, IN 46540

The Irvine Co (Regents Square)
Dept. 8011
Los Angeles, CA 90084-8011
```

THE MOVING COMPANY  (SD)
1669 BRANDYWINE AVE.
Chula Vista, CA 91911

TIME WARNER CABLE  (SD)
10450 PACIFIC CENTER CT
San Diego, CA 92121

TMS TECHNOLOGIES, INC  (CI)
1900 BEL AIRE DRIVE
Glendale, CA 91201

TOYOTA MOTOR CREDIT CORP.  (SAN DIEGO)
COMMERCIAL FINANCE
Carol Stream, IL 60132-2431

UCKOR SPRADLING METZGER & WYNNE  (SD)
3043 FOURTH AVE.
San Diego, CA 92101

ULINE  (SAN DIEGO)
ATTN: ACCOUNTS RECEIVABLE
Waukegan, IL 60085

United States Attorney
IRS Division)
501 I Street, Suite 10-100
Sacramento, CA 95814

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

United States Trustee's Office
2500 Tulare Street, Suite 1401
Fresno, CA 93721

UNITED STATIONERS  (CI)
2000 WOLF BUSINESS PARK
Greenville, IL 62246

UNITED STATIONERS (SAN DIEGO)
FINANCIAL SERVICES LLC
Pasadena, CA 91110-0284

UPS  (CI)
UNITED PARCEL SERVICE
Los Angeles, CA 90189-4820

US Express Leasing
300 Lanidex Plaza
Parsippany, NJ 07054

VALENCIA'S DIESEL   (CI)
876 ADA STREET
Chula Vista, CA 91911

Venti RX
12651 High Bluff Drive #200
San Diego, CA 92130

VEOM Networks
10180 Telesis Ct., 4th Floor
San Diego, CA 92121

VIA, INC. (SD)
3987 PAYSPHERE CIRCLE
Chicago, IL 60674-3987

VISA   (CI)
P.O. BOX 30131
Tampa, FL 33630-3131

VISUAL SCIENCES   (SD)
10182 TELESIS COURT
San Diego, CA 92121

WEGMAN ASSOCIATES, INC.   (SD)
7454 BROKERAGE DR.
Orlando, FL 32809

WESTERN LIGHT SOURCE   (SD)
3944 MURPHY CANYON ROAD
San Diego, CA 92123

William G. McGee, Inc., CPA
9404 Genesee Ave., Ste. 320
La Jolla, CA 92037

WOOD TECH   (CI)
4611 MALAT STREET
Oakland, CA 94601

WORKRITE ERGONOMICS   (SAN DIEGO)
14989 COLLECTIONS CENTER DRIVE
Chicago, IL 60693

ZEPHYR PAINTING, INC.   (SD)
4999 BALTIMORE DRIVE   #A
La Mesa, CA 91941