2009-13258
FILED
January 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002264205

-1-

1  Donald Drummond, Bar No. 52986    *[Name; State Bar ID No., if applicable]*
   Drummond & Associates
2  One California Street, Ste. 300, San Francisco, CA 94111    *[Address]*
   (415) 433-2261    *[Telephone]*
3  Attorney for Applicant/Applicant *In Propria Persona*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                       )
Contract Interiors of San Diego, Inc.   )    Case No. 09-13258
dba Contract Interiors            )
                         )
            Debtor(s).   )

**ORDER GRANTING APPLICATION FOR ORDER OF EXAMINATION UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004(a)**

Application for examination under Federal Rule of Bankruptcy Procedure (FRBP) 2004(a) having been made by *[insert name of applicant]* Contract Interiors of San Diego, Inc., and the court having held a noticed hearing on Jan 27, 2009,

**IT IS ORDERED:**

1. That *[insert name of applicant]* Contract Interiors of San Diego, Inc. is authorized to examine *[insert name of examinee]* Haworth, Inc. pursuant to FRBP 2004(a) on the subjects specified in FRBP 2004(b);

2. That pursuant to FRBP 2004(c), attendance for examination and production of documentary evidence may be compelled in the manner provided in FRBP 9016 for the attendance of witnesses at a hearing or trial; and

3. That the examination shall not be scheduled earlier than 30 days after service under FRBP 9016 *[must be 30 days after service if production of documentary evidence is requested]*.

**IT IS FURTHER ORDERED** that nothing herein compels the production of privileged or other legally protected matter or precludes the filing of a motion to quash or a motion for a protective order.

Dated: Dated: January 27, 2010

*/s/ W. Richard Lee/*

**W. Richard Lee**
**United States Bankruptcy Judge**

EDC 6-9

RECEIVED
December 04, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002264205